No. 03–8221. EALOMS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–8227. YOUNG v. GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8231. VOITS v. OREGON. Ct. App. Ore. Certiorari denied.

No. 03–8232. BARTON v. AIRGOOD. C. A. 9th Cir. Certiorari denied.

No. 03–8238. CALHOUN v. HARGROVE ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–8240. DONER v. CITY OF ROCKFORD, ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 03–8242. CAMPBELL v. GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8243. COBBS v. DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8244. CROMPTON v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 03–8245. CAMPFIELD v. STICKMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–8251. WILSON v. MOTE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 03–8256. REYNOLDS v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 03–8259. BALDASARO v. CALIFORNIA; and
No. 03–8262. BAUGH v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 03–8273. CRUZ v. HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–8290. DUNYAN v. COLLERAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT WAYMART, ET AL. C. A. 3d Cir. Certiorari denied.